STEVEN G. KALAR
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant LOUIS AGRONT, SR.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00945 RMW |
| Plaintiff, | ) ) ) | STIPULATION AND [] ORDER SETTING BRIEFING SCHEDULE AND HEARING ON APPEAL |
| vs. | ) ) | |
| LOUIS AGRONT, SR., | ) ) | |
| Defendant. | ) ) | **Honorable Ronald M. Whyte** |

**STIPULATION**

Defendant Luis Agront Sr., by and through Assistant Federal Public Defender Cynthia C.

Lie, and the United States, by and through Special Assistant United States Attorney Ann Marie

Ursini, hereby stipulate that, with the Court's approval, that the Court set the briefing schedule on

this misdemeanor appeal as follows: the defense shall file its initial brief on or before February 4,

2013. The government may file its response on or before March 8, 2013. The defense may file a

reply on or before March 25, 2013.

\\\

The parties also request that the Court set a hearing on this matter for Monday, April 8, 2013 at 9:00 a.m.

Dated: December 12, 2012

_____/s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

Dated: December 12, 2012

_____/s/_____
ANN MARIE URSINI
Special Assistant United States Attorney

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

**[] ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the briefing schedule in this matter shall be as follows: the defense shall file its initial brief on or before February 4, 2013. The government may file a response on or before March 8, 2013. The defense may file a reply on or before March 25, 2013.

The Court will conduct a hearing on this matter on Monday, April 8, 2013 at 9:00 a.m.

IT IS SO ORDERED.

Dated: December 43, 2012

*Ronald M. Whyte*
_____
THE HONORABLE RONALD M. WHYTE
United States District Judge