| | |
|---|---|
| 1 | STEVEN G. KALAR |
| | Federal Public Defender |
| 2 | CYNTHIA C. LIE |
| | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
| | San Jose, CA 95113 |
| 4 | Telephone: (408) 291-7753 |

Counsel for Defendant LOUIS AGRONT, SR.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00945 RMW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [] |
| | ) | ORDER AMENDING BRIEFING |
| vs. | ) | SCHEDULE ON APPEAL |
| | ) | |
| LOUIS AGRONT, SR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | **Honorable Ronald M. Whyte** |

**STIPULATION**

Defendant Luis Agront Sr., by and through Assistant Federal Public Defender Cynthia C. Lie, and the United States, by and through Special Assistant United States Attorney Ann Marie Ursini, hereby stipulate that, with the Court's approval, that the Court amend the current briefing schedule on this misdemeanor appeal as follows: the defense shall file its initial brief on or before February 15, 2013. The government may file its response on or before March 18, 2013. The defense may file a reply on or before March 29, 2013.

///

Stip. and [] Order Amending Briefing
Schedule on Appeal
CR 11-00945 RMW                                    1

The parties request that the Court keep the current hearing date of Monday, April 8, 2013 at 9:00 a.m. on calendar.

Dated: January 28, 2013

_____/s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

Dated: January 28, 2013

_____/s/_____
ANN MARIE URSINI
Special Assistant United States Attorney

## [] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the briefing schedule in this matter shall be amended as follows: the defense shall file its initial brief on or before February 15, 2013. The government may file a response on or before March 18, 2013. The defense may file a reply on or before March 29, 2013.

The Court will conduct a hearing on this matter on Monday, April 8, 2013 at 9:00 a.m.

IT IS SO ORDERED.

Dated: \_\_FEB\_\_\_\_, 2013

_____
THE HONORABLE RONALD M. WHYTE
United States District Judge

Stip. and [] Order Amending Briefing
Schedule on Appeal
CR 11-00945 RMW                    2